IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera    Date: August 22, 2013
Court Reporter:   Kara Spitler

Civil Action No. 13-cv-00685-RBJ

*Parties*:                                          *Counsel*:

YOLANDA CAMPA,                                      Jennifer Robinson
                                                    Matthew Hanna
    Plaintiff,

v.

FINANCIAL PLANNING STANDARDS              Kristi Blumhardt
BOARD,
JOHN NOEL MAYE, and
MICHAEL W. SNOWDON

    Defendants.

## COURTROOM MINUTES

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**

**Court in session:    8:16 a.m.**

Appearances of counsel.

Discussion regarding affirmative defenses and confidentiality of records.

Argument regarding Defendant Financial Planning Standards Board's Motion to Dismiss Plaintiff's Fourth Claim for Relief #[16].

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Discovery Cut-off: **February 28, 2014.**

Dispositive Motion Deadline: **March 31, 2014.**

Parties shall designate affirmative experts **on or before January 15, 2014.**

Parties shall designate rebuttal experts **on or before February 15, 2014.**

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **August 7, 2014 at 8:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. **Parties should exchange jury instructions in advance and be prepared to discuss them at this proceeding.**

**JURY TRIAL** is set for **August 18, 2014 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**ORDERED:** Defendants Maye and Snowdon's Motion to Dismiss Plaintiff's Third Claim for Relief #[11] is MOOT.

**ORDERED:** Defendant Financial Planning Standards Board's Motion to Dismiss Plaintiff's Fourth Claim for Relief #[16] is DENIED.

Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Judge Jackson as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

HEARING CONCLUDED.
**Court in recess:** 8:56 a.m.
Total time in court: 00:40